IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| GUY JACKSON | * | |
| Plaintiff | * | |
| v. | * | Civil No. 14-cv-00516-WMN |
| ALEJANDRO PENA, *et al.,* | * | |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT STATUS REPORT**

Guy Jackson, Plaintiff, by his counsel, Joshua Insley and J. Shawn Alcarese, and Detective Julius Min, by his counsel, Michael Marshall and Chaz Ball submit Joint Status Report as follows:

1. Neither party requests modification of the Scheduling Order; and

2. Both parties believe ADR or Settlement Conference could be beneficial; and

3. Plaintiff has no objection to trial by a U.S. magistrate Judge; and

4. Defendant Min does not consent to have a U.S. Magistrate Judge conduct trial on the merits in this case; and

5. Both parties estimate that at least 40 hours will be needed for depositions; and

6. Plaintiff has no knowledge whether Defendants possess electronically stored information but will pursue such inquiry during discovery. Defendant Min does not believe there is any electronically stored information.
Dated: August 25, 2014

                                                  /s/
                                            Joshua L. Insley
                                            Fed. Bar # 30055
                                            Suite 707
                                            409 Washington Avenue
                                            Towson, Maryland 21204
                                            t: 410-337-3755
                                            f: 410-337-3758
                                            jlinsley@towsonlawgroup.com

                                            /s/
J. SHAWN ALCARESE
Fed. Bar # 00269
Suite 707
409 Washington Avenue
Towson, Maryland 21204
t: 410-337-3755
f: 410-337-3758
jsalcarese@towsonlawgroup.com
Attorneys for Plaintiff

                                            /s/
Michael Marshall

                                            /s/
Chaz Ball
300 East Lombard Street
Suite 1100
Baltimore, MD 21202
t: 410-685-2022
f: 410-783-4771
cball@sbwlaw.com
Attorneys for Defendant Min.

## CERTIFICATION OF MAILING

     I hereby certify that on this ___ day of _____, 2014, that a copy of the foregoing Response was mailed, postage prepaid, to Lauren A. Seldomridge, Office of Legal Affairs, 100 N. Holliday Street, Rm 101, Baltimore, MD 21202, counsel for Defendant Baltimore Police Department; Michael Marshall and Chaz R. Ball, 300 East Lombard Street, Suite 1100, Baltimore, MD 21202, counsel to Defendant Min.

                                                                      J. Shawn Alcarese