IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

```
* * * * * * * * * * * * * * * * * * * * * * *
GUY JACKSON,                           *
                                       *
        Plaintiff,                     *      Civil Action No.:   14-cv-00516-WMN
                                       *
v.                                     *
                                       *
ALEJANDRO PENA , et al.,               *
                                       *
        Defendants                     *
* * * * * * * * * * * * * * * * * * * * * * *
```

## MOTION TO COMPEL DISCOVERY RESPONSES

Defendant, Detective Julian Min, by his attorneys, Michael Marshall, Chaz Ball, and Schlachman, Belsky & Weiner, P.A., requests this Court to compel discovery responses in the above-referenced case for a failure on the part of Plaintiff to provide discovery to the Defendant. Defendant moves to compel interrogatory responses and the production of documents pursuant to Fed. Rule Civ. Pro 37(a)(3)(B) and Local Rule 104.8. As grounds, Defendant states the following:

1. The above-referenced action was removed to this Court on February 21, 2014.

2. On June 19, 2014, this Court granted in part and denied in part motions to dismiss filed by other defendants in the case.

3. On August 6, 2014, this Court issued a scheduling order listing December 19, 2014 as the discovery deadline.

4. On September 30, 2014, pursuant to Fed. Rule Civ. Pro 33, Defendant sent 24 interrogatories and 33 requests for production of documents to Plaintiff (Ex. A).

5. Pursuant to Fed. Rule Civ. Pro 33 and 34, Plaintiff had 30 days from September

        30, 2014 to answer Defendant's discovery requests, making the responses due by October 30, 2014.

6. Pursuant to Local Rule 104.7, Defense counsel spoke to Plaintiff's counsel regarding the tardy discovery responses. Plaintiff's counsel assured Defense counsel that the responses would be out by the end of that week. The call was memorialized by a letter on the same date (Ex. B).

7. Defense counsel called Plaintiff's counsel on November 17 and November 18, 2014. On November 18, 2014, a paralegal of Plaintiff's counsel assured Defense counsel that Plaintiff would send discovery responses on or before November 22, 2014. The call was memorialized by a letter on the same date (Ex. C).

8. As of December 10, 2014, Defendant has not received any response to his discovery requests despite assurances from opposing counsel.

9. The Discovery Deadline is at the time of this filing less than two weeks away.

WHEREFORE, for the foregoing reasons, pursuant to Fed. Rule Civ. Pro 37, Defendant requests that this court compel Plaintiff to answer discovery within five days.

                                                                     /s/
                                      Michael Marshall (Bar No. 02587)


                                                                      /s/
                                      Chaz Ball (Bar No. 30044)
                                      Schlachman, Belsky & Weiner, P.A.
                                      300 E. Lombard St. Suite 1100
                                      Baltimore, MD 21202
                                      Telephone: (410) 685-2022
                                      Fax: (410) 783-4771
                                      *Attorneys for Defendant*


CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 10th day of December 2014, a copy of the foregoing Motion to Compel was filed with the United States District Court for the District of Maryland by electronic filing.  All counsel of record are being served by the Court's electronic filing system or by first-class mail, properly addressed and postage prepaid.

                                      /s/ Michael Marshall
                                      Michael Marshall